*[handwritten: 15508 Pamela Ln / Victorville, CA 92294 / Takesha Campbell]*

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION**



FILED
CLERK, U.S. DISTRICT COURT

DEC 1 0 2025

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION BY DEPUTY

| | |
|---|---|
| **TAKESHA CAMPBELL**<br>     **Plaintiff,** | ) **JURY TRIAL DEMANDED** ~~FEE PAID~~ |
| | ) |
| **v.** | ) **EDCV25-03333-KK(DTB)** *Case No.* |
| | ) |
| **SOUTHWEST COLLECTION SERVICE, INC.**<br>     **Defendant.** | ) |
| | ) |
| | ) |

---

### COMPLAINT AND DEMAND FOR JURY TRIAL

---

### I.     INTRODUCTION

1. This is an action for actual and statutory damages brought by Plaintiff, Takesha Campbell, an individual consumer, against Defendant, Southwest Collection Service, Inc., for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair debt collection practices.

### II.     JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

### III.     PURPOSE OF THE FAIR DEBT COLLECTION PRACTICES ACT

4. In enacting the FDCPA, Congress found that:

a. There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

b. Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

c. Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

d. Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce.

e. It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to ensure that those debt collectors refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuse. 15 U.S.C. § 1692.

5. The FDCPA is a strict liability statute. That is, a Plaintiff need not prove intent or knowledge on the part of the debt collector to establish liability. *See Gonzales v. Arrow Fin. Servs., LLC,* 660 F.3D 1055, 1060-61 (9th Cir. 2011); *Donohue v. Quick Collect,* 592 F.3d 1027, 1030 ("[t]he FDCPA is a strict liability statute that makes debt collectors liable for violations that are not knowing or intentional").

## IV.    PARTIES

6. Plaintiff is a natural person who resides in San Bernardino County, California. Plaintiff is

a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. § 1692a(3).

7. Upon information and belief, Defendant Southwest Collection Service, Inc. is a California corporation operating from an address of 1111 E. Katella Ave., Suite #260, Orange, CA 92867, and is a "Debt Collector" as that term is defined by 15 U.S.C. § 1692a(6).

8. Defendant is engaged in the collection of debt from consumers using the mails and/or the telephone to collect, or attempt to collect, directly or indirectly, defaulted consumer debts that it did not originate.

## V.    FACTUAL ALLEGATIONS

9. Plaintiff allegedly incurred a consumer debt primarily for personal, family, or household purposes, bringing it within the scope of the FDCPA.

10. Defendant is reporting a collection account on Plaintiff's consumer credit report with TransUnion under the account number 13531**.

11. On or about August 2025, Plaintiff reviewed her consumer report on Transunion.com and noticed the reported collection. Plaintiff submitted a dispute via the TransUnion website regarding the completeness and accuracy of the balance/an item of information in accordance with the credit reporting process.

12. TransUnion forwarded Plaintiff's dispute to Defendant through an Automated Credit Dispute Verification ("ACDV") notice.

13. Upon receipt of the ACDV, Defendant obtained actual knowledge that Plaintiff disputed the alleged debt.

14. Despite having knowledge of the dispute, Defendant failed to communicate to

TransUnion that the account was disputed. (A true and accurate copy is attached as Exhibit A).

15. Defendant continued furnishing monthly updates to TransUnion without the required dispute notation, causing the information to appear accurate and undisputed. (A true and accurate copy is attached as Exhibit B and C).

16. Defendant's omission is materially misleading and violates 15 U.S.C § 1692e(8), which prohibits failing to communicate that a disputed debt is disputed.

17. Each monthly update lacking the dispute notation constitutes a separate violation.

18. Defendant's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Plaintiff and has caused severe humiliation, emotional distress, mental anguish, and damage to Plaintiff's FICO scores.

## VI.     CAUSE OF ACTION
## VIOLATION OF 15 U.S.C. § 1692e(8)

19. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

20. Defendant violated the FDCPA.

21. The Defendant's violations include, but are not limited to, the following:

Defendant violated 15 U.S.C. § 1692e(8) by failing to communicate to Transunion that Plaintiff disputed the alleged debt after receiving actual notice of the dispute.

22. Defendant's conduct constitutes the use of false, deceptive, or misleading representations in connection with the collection of a debt.

23. As a result of the above violations of the FDCPA, the Defendant is liable to Plaintiff for actual damages, statutory damages, and costs.

## VII.   <u>JURY DEMAND AND PRAYER FOR RELIEF</u>

**WHEREFORE**, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Defendant for:

A. Judgment for violations occurred for violating the FDCPA;

B. Award of actual damages pursuant to 15 U.S.C. § 1692k(1)(2);

C. Award of statutory damages pursuant to 15 U.S.C. § 1692k(2);

D. Award of costs of litigation pursuant to 15 U.S.C. § 1692k(3)

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: December 10, 2025

Takesha Campbell
15508 Pamela Lane
Victorville, CA 92294
(951) 355-8163
tcampbellcali@yahoo.com

# EXHIBIT A



# Your Dispute Results

Report Created On: 09/10/2025
File Identification Number: 000397490003
Provided by TransUnion Consumer Relations

## Your Investigation Results

### INVESTIGATION RESULTS - DELETED: The disputed item(s) was removed from your credit report.

In response to your dispute, this item was DELETED from your credit report.

CREDIT COLLECTION SERVICES
PO BOX 607
NORWOOD, MA 02062

### INVESTIGATION RESULTS - DELETED: The disputed item(s) was removed from your credit report.

In response to your dispute, this item was DELETED from your credit report.

FEDLOAN SERVICING
POB 60610
HARRISBURG, PA 17106

Account Details

| Account Number | 823326244FD0**** |
|---|---|
| Name | FEDLOAN SERVICING |
|  | POB 60610 HARRISBURG, PA 17106 |
|  | (800) 699-2908 |

Feedback

Chat Now

9/25/25, 2:13 PM                          Dispute Investigation Results | TransUnion Online Service Center

| | |
|---|---|
| Responsibility | Individual Account |
| Account Type | open |
| Loan Type | DEBT BUYER |
| Balance | $197 |
| Original Amount | $197 |
| Original Creditor | VERIZON WIRELESS (Financial) |
| Past Due | $197 |
| Pay Status | >In Collection< |

## INVESTIGATION RESULTS - VERIFIED AS ACCURATE and UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE; however, we updated: **Rating; Historical Trended Data**. Here is how this account appears on your credit report following our investigation.

SOUTHWEST COLLECTION SVC
PO BOX 6349
ORANGE, CA 92863-6349

Account Details

| | |
|---|---|
| Account Number | 13531** |
| Name | SOUTHWEST COLLECTION<br>PO BOX 6349 ORANGE, CA 92863-6349<br>(714) 532-6651 |
| Date Opened | 11/28/2023 |
| Responsibility | Individual Account |
| Account Type | open |

| Loan Type | COLLECTION AGENCY/ATTORNEY |
|---|---|
| Balance | $6,954 |
| Original Amount | $5,860 |
| Original Creditor | DORADO DORADO APLC (Personal Services) |
| Past Due | $6,954 |
| Pay Status | >In Collection< |

## INVESTIGATION RESULTS - VERIFIED AS ACCURATE and UPDATED: The disputed item(s) was verified as accurate; however, other information has also changed.

We investigated the information you disputed and the disputed information was VERIFIED AS ACCURATE; however, we updated: **Past Due; Remarks; Rating**. Here is how this account appears on your credit report following our investigation.

CAPITAL ONE
P O BOX 31293
SALT LAKE CITY, UT 84131

Account Details

| Account Number | 517805938046**** |
|---|---|
| Name | CAPITAL ONE<br>P O Box 31293 Salt Lake City, UT 84131<br>(800) 955-7070 |
| Date Opened | 11/14/2017 |
| Responsibility | Individual Account |
| Account Type | revolving |
| Loan Type | CREDIT CARD |
| Balance | $0 |

Chat Now

# EXHIBIT B

| Personal Credit Report for:<br>**TAKESHA CAMPBELL**<br><br>**File Number:**<br>397490003<br><br>**Date Created:**<br>10/17/2025 | A quick heads up:<br><br>**Your credit score is not included with your TransUnion credit report.** |
|---|---|

# Your TransUnion Credit Report

**Found something inaccurate on your credit report?**

Visit transunion.com/dispute to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help ⧉.

## 👤 Personal Information

Your SSN has been masked for your protection.

**Credit Report Date**

10/17/2025

**Social Security Number**

XXX-XX-6330

**Date of Birth**

02/12/1973

**Name**

TAKESHA KIMMEL THOMAS

## Also Known As

AKA

TAKESHA K. COLLINS

Feedback

Chat Now

10/17/25, 2:11 PM                          View Credit Report | TransUnion Online Service Center

AKA

TAKESHA COLLINS

AKA

KIMMEL COLLINS

## Addresses

Current Address

15508 PAMELA LN VICTORVILLE, CA 92394-1845

Date Reported

04/30/2011

## Employers

**Employer**

**COLDWELL BANKER HOME SOUR**

Date Verified
01/08/2022

## 🏛 Accounts

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, paym dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be repo Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been pa and closed, sold, or transferred, Pay Status represents the last reported status of the account.

ⓘ TransUnion is now including some Buy Now, Pay Later (BNPL) installment loans, also known as a "point-of-sale installment loa on credit reports. At this time, BNPL information provided to TransUnion is visible to you, but scoring providers, lenders, insurers or other authorized companies that may access your credit report will not be able to use this data. As a result, it will not affect credit decisions or credit scores calculated using TransUnion data. In the future, Buy Now, Pay Later may be factored in to credit scores and credit decisions (for example, account opening or account review decisions). Visit our [FAQs](#) ⎘ to learn more.

### Payment/Remarks Key

| Ratings | |
|---|---|
| **OK** | Current, paying or paid as agreed |
| **N/R** | Not Reported |
| **X** | Unknown |
| **30** | Account 30 days late |
| **60** | Account 60 days late |

| | |
|---|---|
| **Pay Status** | >Collection< |
| **Estimated month and year this item will be removed** | 07/2031 |
| **Remarks** | >PLACED FOR COLLECTION< |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SOUTHWEST COLLECTION SVC 13531**

## Account Information

| | |
|---|---|
| **Address** | PO BOX 6349 ORANGE, CA 92863-6349 |
| **Phone** | (714) 532-6651 |
| **Date Opened** | 11/28/2023 |
| **Responsibility** | Individual Account |
| **Account Type** | Open Account |
| **Loan Type** | COLLECTION AGENCY/ATTORNEY |
| **Balance** | $7,052 |
| **Date Updated** | 10/01/2025 |
| **High Balance** | $5,860 |
| **Original Creditor** | DORADO DORADO APL |
| **Past Due** | $7,05 |
| **Pay Status** | >Collection< |
| **Estimated month and year this item will be removed** | 07/2030 |
| **Remarks** | >PLACED FOR COLLECTION< |

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

CAPITAL ONE AUTO FINANCE 6201011195234****

## Account Information

10/17/25, 2:11 PM                              View Credit Report | TransUnion Online Service Center

**Address**                                    CB DISPUTES TEAM, P O BOX 259407 PLANO, TX 75025

**Phone**                                                              (800) 946-0332

**Monthly Payment**                                                          $420

**Date Opened**                                                         01/08/2022

**Responsibility**                                                 Individual Account

**Account Type**                                                Installment Account

**Loan Type**                                                          AUTOMOBILE

**Balance**                                                               $7,674

**Date Updated**                                                       09/30/2025

**Payment Received**                                                         $420

**Last Payment Made**                                                  09/06/2025

**Pay Status**                                                      Current Account

**Terms**                                          $420 per month, paid Monthly for 62 months

**High Balance (Hist.)**             High balance of $16,649 from 04/2023 to 03/2025; $16,64
                                                      from 06/2025 to 09/202

**Payment History**

Chat Now

10/17/25, 2:11 PM                    View Credit Report | TransUnion Online Service Center

| January 2022 | February 2022 | March 2022 | April 2022 | May 2022 | June 2022 | July 2022 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| August 2022 | September 2022 | October 2022 | November 2022 | December 2022 | January 2023 | February 2023 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - | **Balance** - - - |
| **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - | **Past Due** - - - |
| **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - | **Amount Paid** - - - |
| **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - | **Scheduled Payment** - - - |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

Chat Now

10/17/25, 2:11 PM                     View Credit Report | TransUnion Online Service Center

| March 2023 | April 2023 | May 2023 | June 2023 | July 2023 | August 2023 | September 2023 |
|---|---|---|---|---|---|---|
| **Balance** - - - | **Balance** $14,363 | **Balance** $14,154 | **Balance** $13,936 | **Balance** $13,720 | **Balance** $13,502 | **Balance** $13,273 |
| **Past Due** - - - | **Past Due** $0 | **Past Due** $0 | **Past Due** $0 | **Past Due** $0 | **Past Due** $0 | **Past Due** $0 |
| **Amount Paid** - - - | **Amount Paid** $420 | **Amount Paid** $420 | **Amount Paid** $420 | **Amount Paid** $420 | **Amount Paid** $420 | **Amount Paid** $420 |
| **Scheduled Payment** - - - | **Scheduled Payment** $420 | **Scheduled Payment** $420 | **Scheduled Payment** $420 | **Scheduled Payment** $420 | **Scheduled Payment** $420 | **Scheduled Payment** $420 |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| October 2023 | November 2023 | December 2023 | January 2024 | February 2024 | March 2024 | April 2024 |
|---|---|---|---|---|---|---|
| **Balance** $13,492 | **Balance** $13,263 | **Balance** $13,039 | **Balance** $12,809 | **Balance** $12,564 | **Balance** $12,327 | **Balance** $12,079 |
| **Past Due** $0 | **Past Due** $0 | **Past Due** $0 | **Past Due** $0 | **Past Due** $0 | **Past Due** $0 | **Past Due** $0 |
| **Amount Paid** $0 | **Amount Paid** $420 | **Amount Paid** $420 | **Amount Paid** $420 | **Amount Paid** $420 | **Amount Paid** $420 | **Amount Paid** $420 |
| **Scheduled Payment** $420 | **Scheduled Payment** $420 | **Scheduled Payment** $420 | **Scheduled Payment** $420 | **Scheduled Payment** $420 | **Scheduled Payment** $420 | **Scheduled Payment** $420 |
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

Chat Now

10/17/25, 2:11 PM

View Credit Report | TransUnion Online Service Center

| | May 2024 | June 2024 | July 2024 | August 2024 | September 2024 | October 2024 | November 2024 |
|---|---|---|---|---|---|---|---|
| **Balance** | $11,835 | $11,604 | $11,777 | $11,529 | $11,271 | $10,592 | $10,324 |
| **Past Due** | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Amount Paid** | $420 | $420 | $0 | $420 | $420 | $840 | $420 |
| **Scheduled Payment** | $420 | $420 | $420 | $420 | $420 | $420 | $420 |
| **Rating** | OK | OK | OK | OK | OK | OK | OK |

| | December 2024 | January 2025 | February 2025 | March 2025 | April 2025 | May 2025 | June 2025 |
|---|---|---|---|---|---|---|---|
| **Balance** | $10,478 | $10,232 | $9,946 | $9,693 | - - - | - - - | $8,825 |
| **Past Due** | $0 | $0 | $0 | $0 | - - - | - - - | $0 |
| **Amount Paid** | $0 | $420 | $420 | $421 | - - - | - - - | $320 |
| **Scheduled Payment** | $420 | $420 | $420 | $420 | - - - | - - - | $420 |
| **Rating** | OK | OK | OK | OK | OK | OK | OK |

Chat Now

10/17/25, 2:11 PM                          View Credit Report | TransUnion Online Service Center

| July 2025 | August 2025 | September 2025 |
|---|---|---|
| **Balance** $8,316 | **Balance** $7,985 | **Balance** $7,674 |
| **Past Due** $0 | **Past Due** $0 | **Past Due** $0 |
| **Amount Paid** $650 | **Amount Paid** $450 | **Amount Paid** $420 |
| **Scheduled Payment** $420 | **Scheduled Payment** $420 | **Scheduled Payment** $420 |
| Rating **OK** | Rating **OK** | Rating **OK** |

Total Months: 45

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FEDLOAN SERVICING  823326244FD0****

## Account Information

| | |
|---|---|
| **Address** | POB 60610 HARRISBURG, PA 17106 |
| **Phone** | (800) 699-2908 |
| **Monthly Payment** | $0 |
| **Date Opened** | 10/24/20C |
| **Responsibility** | Individual Accoun |
| **Account Type** | Installment Account |
| **Loan Type** | STUDENT LOAN |
| **Balance** | $0 |
| **Date Updated** | 12/10/2021 |
| **Payment Received** | $0 |
| **Last Payment Made** | 12/01/2021 |
| **High Balance** | |

Chat Now

# EXHIBIT C

12/4/25, 3:21 PM                                View Credit Report | TransUnion Online Service Center

| Personal Credit Report for: | A quick heads up: |
|---|---|
| **TAKESHA CAMPBELL** | **Your credit score is not included with your TransUnion credit report.** |
| **File Number:** | |
| 397490003 | |
| **Date Created:** | |
| 12/04/2025 | |

# Your TransUnion Credit Report

**Found something inaccurate on your credit report?**

Visit transunion.com/dispute to start a dispute online.

If you are experiencing a financial hardship related to a public health emergency or your personal circumstances, you can add a consumer statement to your credit file to explain your situation by visiting us at www.transunion.com/credit-help ⧉.

## Personal Information

Your SSN has been masked for your protection.

**Credit Report Date**

12/04/2025

**Social Security Number**

XXX-XX-6330

**Date of Birth**

02/12/1973

**Name**

TAKESHA KIMMEL THOMAS

## Also Known As

AKA

TAKESHA K. COLLINS

Chat Now

View Credit Report | TransUnion Online Service Center

AKA

TAKESHA COLLINS

AKA

KIMMEL COLLINS

## Addresses

Current Address

15508 PAMELA LN VICTORVILLE, CA 92394-1845

Date Reported

04/30/2011

## Employers

**Employer**

**COLDWELL BANKER HOME SOUR**

Date Verified
01/08/2022

## 🏛 Accounts

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, paym dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be repc Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been pa and closed, sold, or transferred, Pay Status represents the last reported status of the account.

(!) TransUnion is now including some Buy Now, Pay Later (BNPL) installment loans, also known as a "point-of-sale installment loa on credit reports. At this time, BNPL information provided to TransUnion is visible to you, but scoring providers, lenders, insurers or other authorized companies that may access your credit report will not be able to use this data. As a result, it will not affect credit decisions or credit scores calculated using TransUnion data. In the future, Buy Now, Pay Later may be factored in to credit scores and credit decisions (for example, account opening or account review decisions). Visit our **FAQs** ⧉ to learn more.

**Payment/Remarks Key**

| Ratings | |
|---|---|
| **OK** | Current, paying or paid as agreed |
| **N/R** | Not Reported |
| **X** | Unknown |
| **30** | Account 30 days late |
| **60** | Account 60 days late |

Chat Now

View Credit Report | TransUnion Online Service Center

| | |
|---|---|
| **Pay Status** | >Collection< |
| **Estimated month and year this item will be removed** | 07/2031 |
| **Remarks** | >PLACED FOR COLLECTION< |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SOUTHWEST COLLECTION SVC 13531**

### Account Information

| | |
|---|---|
| **Address** | PO BOX 6349 ORANGE, CA 92863-6349 |
| **Phone** | (714) 532-6651 |
| **Date Opened** | 11/28/2023 |
| **Responsibility** | Individual Account |
| **Account Type** | Open Account |
| **Loan Type** | COLLECTION AGENCY/ATTORNEY |
| **Balance** | $7,150 |
| **Date Updated** | 12/01/2025 |
| **High Balance** | $5,86^ |
| **Original Creditor** | DORADO DORADO APL |
| **Past Due** | $7,15 |
| **Pay Status** | >Collection< |
| **Estimated month and year this item will be removed** | 07/2030 |
| **Remarks** | >PLACED FOR COLLECTION< |

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

CAPITAL ONE AUTO FINANCE  6201011195234****

## Account Information

Chat Now

View Credit Report | TransUnion Online Service Center

| | |
|---|---|
| **Address** | CB DISPUTES TEAM,P O BOX 259407 PLANO, TX 75025 |
| **Phone** | (800) 946-0332 |
| **Monthly Payment** | $420 |
| **Date Opened** | 01/08/2022 |
| **Responsibility** | Individual Account |
| **Account Type** | Installment Account |
| **Loan Type** | AUTOMOBILE |
| **Balance** | $6,911 |
| **Date Updated** | 11/30/2025 |
| **Payment Received** | $551 |
| **Last Payment Made** | 11/14/2025 |
| **Pay Status** | Current Account |
| **Terms** | $420 per month, paid Monthly for 62 months |
| **High Balance (Hist.)** | High balance of $16,649 from 06/2023 to 03/2025; $16,64 from 06/2025 to 11/202 |
| **Payment History** | |

Chat Now

12/4/25, 3:21 PM                    View Credit Report | TransUnion Online Service Center

| January 2022 | February 2022 | March 2022 | April 2022 | May 2022 | June 2022 | July 2022 |
|---|---|---|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - |
| **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - |
| **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - |
| **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

| August 2022 | September 2022 | October 2022 | November 2022 | December 2022 | January 2023 | February 2023 |
|---|---|---|---|---|---|---|
| **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - | **Balance**<br>- - - |
| **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - | **Past Due**<br>- - - |
| **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - | **Amount Paid**<br>- - - |
| **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - | **Scheduled Payment**<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

Chat Now

View Credit Report | TransUnion Online Service Center

| | March 2023 | April 2023 | May 2023 | June 2023 | July 2023 | August 2023 | September 2023 |
|---|---|---|---|---|---|---|---|
| **Balance** | - - - | - - - | - - - | $13,936 | $13,720 | $13,502 | $13,273 |
| **Past Due** | - - - | - - - | - - - | $0 | $0 | $0 | $0 |
| **Amount Paid** | - - - | - - - | - - - | $420 | $420 | $420 | $420 |
| **Scheduled Payment** | - - - | - - - | - - - | $420 | $420 | $420 | $420 |
| **Rating** | OK | OK | OK | OK | OK | OK | OK |

| | October 2023 | November 2023 | December 2023 | January 2024 | February 2024 | March 2024 | April 2024 |
|---|---|---|---|---|---|---|---|
| **Balance** | $13,492 | $13,263 | $13,039 | $12,809 | $12,564 | $12,327 | $12,079 |
| **Past Due** | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Amount Paid** | $0 | $420 | $420 | $420 | $420 | $420 | $420 |
| **Scheduled Payment** | $420 | $420 | $420 | $420 | $420 | $420 | $420 |
| **Rating** | OK | OK | OK | OK | OK | OK | OK |

Chat Now

12/4/25, 3:21 PM    View Credit Report | TransUnion Online Service Center

| | May 2024 | June 2024 | July 2024 | August 2024 | September 2024 | October 2024 | November 2024 |
|---|---|---|---|---|---|---|---|
| **Balance** | $11,835 | $11,604 | $11,777 | $11,529 | $11,271 | $10,592 | $10,324 |
| **Past Due** | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Amount Paid** | $420 | $420 | $0 | $420 | $420 | $840 | $420 |
| **Scheduled Payment** | $420 | $420 | $420 | $420 | $420 | $420 | $420 |
| Rating | **OK** | **OK** | **OK** | **OK** | **OK** | **OK** | **OK** |

| | December 2024 | January 2025 | February 2025 | March 2025 | April 2025 | May 2025 | June 2025 |
|---|---|---|---|---|---|---|---|
| **Balance** | $10,478 | $10,232 | $9,946 | $9,693 | - - - | - - - | $8,825 |
| **Past Due** | $0 | $0 | $0 | $0 | - - - | - - - | $0 |
| **Amount Paid** | $0 | $420 | $420 | $421 | - - - | - - - | $320 |
| **Scheduled Payment** | $420 | $420 | $420 | $420 | - - - | - - - | $420 |
| Rating | **OK** | **OK** | **OK** | **OK** | **OK** | **OK** | **OK** |

Chat Now

View Credit Report | TransUnion Online Service Center

| | July 2025 | August 2025 | September 2025 | October 2025 | November 2025 |
|---|---|---|---|---|---|
| **Balance** | $8,316 | $7,985 | $7,674 | $7,363 | $6,911 |
| **Past Due** | $0 | $0 | $0 | $0 | $0 |
| **Amount Paid** | $650 | $450 | $420 | $420 | $551 |
| **Scheduled Payment** | $420 | $420 | $420 | $420 | $420 |
| Rating | **OK** | **OK** | **OK** | **OK** | **OK** |

Total Months: 47

FEDLOAN SERVICING  823326244FD0****

## Account Information

| | |
|---|---|
| **Address** | POB 60610 HARRISBURG, PA 17106 |
| **Phone** | (800) 699-2908 |
| **Monthly Payment** | $0 |
| **Date Opened** | 10/24/20C |
| **Responsibility** | Individual Accour |
| **Account Type** | Installment Account |
| **Loan Type** | STUDENT LOAN |
| **Balance** | $0 |
| **Date Updated** | 12/10/2021 |
| **Payment Received** | $0 |
| **Last Payment Made** | 12/01/2021 |
| **High Balance** | |

Chat Now